# EXHIBIT A

# MANUAL OF

# DELAWARE TITLE INSURANCE RATING BUREAU

**150 Strafford Avenue, Suite 215**
**P.O. Box 393**
**Wayne, Pennsylvania  19087-0393**

Phone:   **(302) 777-4757 (Delaware)**
**(610) 995-9996 (Pennsylvania)**

Facsimile:   **(610) 995-9997**

**DTIRB@titlebureaus.com**

## NOTICE

# THIS RATE MANUAL HAS BEEN APPROVED BY THE DELAWARE INSURANCE DEPARTMENT EFFECTIVE FEBRUARY 1, 2004

# TITLE INSURANCE RATE MANUAL
# STATE OF DELAWARE

This Manual sets forth the definitions, general rules, rating systems, coverages, schedule of Rates and approved policy forms, endorsements and other forms for use by members of and subscribers to the Delaware Title Insurance Rating Bureau ("DTIRB")

DTIRB is licensed by the Delaware Insurance Department pursuant to section 2511 of the Delaware Insurance Code, 18 Del. C.

This Manual and its contents have been filed with and approved by the Delaware Insurance Department. The provisions of this Manual are binding upon all members of and subscribers to DTIRB and their agents and must be used on and after the effective date hereof unless a specific deviation from this Manual has been filed by an individual member or subscriber company with and has been approved by the Delaware Insurance Department.

MEMBERS OF DTIRB AS OF THE EFFECTIVE DATE OF THIS MANUAL ARE:

Commonwealth Land Title Insurance Company
Fidelity National Title Insurance Company
First American Title Insurance Company
Lawyers Title Insurance Corporation
Old Republic National Title Insurance Company
Stewart Title Guaranty Company
T. A. Title Insurance Company
The Security Title Guarantee Corporation of Baltimore
Ticor Title Insurance Company
Transnation Title Insurance Company
United General Title Insurance Company

# TABLE OF CONTENTS

PAGE

1. **DEFINITIONS**
1.1 "Insured" ...................................................................................1
1.2 "Insurer" ...................................................................................1
1.3 "Agent" ....................................................................................1
1.4 "Commitment" .............................................................................1
1.5 "Rate(s)" ...................................................................................1

2. **GENERAL RULES**
2.1 Title Insurance Rates ....................................................................2
2.2 Cancellation Notification ...............................................................2
2.3 Rates for Additional Coverages ........................................................2
2.4 Delivery of Policy - Liability ..........................................................2
2.5 Payment of Rates .........................................................................2
2.6 Prohibition of Use of Non-Approved Forms ...........................................2
2.7 Computation of Premium ................................................................2

3. **POLICIES AND RATES**
3.1 Owner's Title Insurance .................................................................3
3.2 Original Title Insurance Rates for Owner's Policies .................................3
3.3 Reissue Title Insurance Rates for Owner's Policies ..................................4
3.4 Leasehold Title Insurance ...............................................................4
3.5 Mortgage Title Insurance ................................................................5
3.6 Original Title Insurance Rates for Loan Policies .....................................5
3.7 Reissue Title Insurance Rates for Loan Policies......................................6
3.8 ALTA Short Form Residential Loan Policies...........................................6
3.9 Enhanced Coverage Residential Policies ...............................................7
3.10 Assignment of Mortgage..................................................................7
3.11 Extension or Modification of an Insured Mortgage...................................8
3.12 Simultaneous Issue........................................................................8
3.13 Acquisition by State of Delaware or any of its Political Subdivisions ...................9
3.14 United States Government Acquisitions ................................................10
3.15 Charitable or Educational Acquisitions or Financing................................10

02/01/04

**4.   ENDORSEMENTS AND RATES**

- Balloon (FNMA) Endorsement DTIRB-01 (02/01/2004) ...................................................11
- Condominium Endorsement (ALTA Endorsement 4.1) DTIRB-02 (02/01/2004)..........11
- Creditors Rights Exclusion Endorsement – Loan Policy DTIRB-03 (02/01/2004) ........11
- Creditors Rights Exclusion Endorsement – Owner's Policy DTIRB-04 (02/01/2004) ...................................................................11
- Environmental Protection Lien Endorsement – Loan Policy (ALTA Endorsement 8.1) DTIRB-05 (02/01/2004)...............................................12
- Environmental Protection Lien Endorsement – Non Residential – Loan Policy DTIRB-06 (02/01/2004) ....................................................12
- Fairway Endorsement – Partnership – Owner's Policy DTIRB-07 (02/01/2004)............12
- Fairway Endorsement – Limited Liability Company – Owner's Policy DTIRB-08 (02/01/2004)............ .................................................12
- First Loss Endorsement – Loan Policy DTIRB-09 (02/01/2004)......................................12
- General Endorsement – Owner's and/or Loan Policy DTIRB-10 (02/01/2004) .............13
- Inter Vivos Trust Endorsement – Owner's Policy DTIRB-11 (02/01/2004)...................13
- Last Dollar Endorsement – Loan Policy DTIRB-12 (02/01/2004)...................................13
- Leasehold Owner's Endorsement (ALTA Endorsement 13) DTIRB-13 (02/01/2004).................................................................13
- Leasehold Loan Endorsement (ALTA Endorsement 13.1) DTIRB-14 (02/01/2004)..................................................................14
- Manufactured Housing Unit Endorsement – Owner's and/or Loan Policy (ALTA Endorsement 7) DTIRB-15 (02/01/2004).............................................14
- Non-Imputation Endorsement – Owner's and/or Loan Policy DTIRB-16 (02/01/2004)..................................................................14
- Planned Unit Development Endorsement – Owner's and/or Loan Policy – (ALTA Endorsement 5.1) DTIRB-17 (02/01/2004))..........................................14
- Restrictions, Encroachments & Minerals Endorsement – Loan Policy – (ALTA Endorsement 9) DTIRB-18 (02/01/2004) ................................................15
- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Unimproved Land (ALTA Endorsement 9.1) DTIRB-19 (02/01/2004) .......................15
- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Improved Land (ALTA Endorsement 9.2) DTIRB-20 (02/01/2004) ...........................15
- Revolving Line of Credit / Future Advance Endorsement – Loan Policy DTIRB-21 (02/01/2004) .................................................................16
- Tie-In Endorsement (Intrastate Only) – Loan Policy – (ALTA Endorsement 12) DTIRB-22 (02/01/2004) ..................................................................16

02/01/04

- Variable Rate Interest Endorsement – Loan Policy – (ALTA Endorsement 6) DTIRB-23 (02/01/2004) ...................................................................................16
- Variable Rate – Negative Amortization Endorsement – Loan Policy – (ALTA Endorsement 6.2) DTIRB-24 (02/01/2004)..............................................16
- Waiver of Arbitration Endorsement – Loan Policy DTIRB-25 (02/01/2004).................17
- Zoning Endorsement – Unimproved Land – Owner's or Loan Policy – (ALTA Endorsement 3) DTIRB-26 (02/01/2004)............................................................17
- Zoning Endorsement – Improved Land – Owner's or Loan Policy – (ALTA Endorsement 3.1) DTIRB-27 (02/01/2004)..........................................................17

**5.   APPROVED POLICY FORMS**

- ALTA Owner's Policy (10/17/92)
- ALTA Loan Policy (10/17/92)
- ALTA U.S. Policy (9/28/91)
- ALTA Short Form Residential Loan Policy (10/21/00)
- ALTA Homeowners Policy of Title Insurance (For a One-to-Four Family Residence) (10/17/98) - as revised by DTIRB
- ALTA Expanded Coverage Residential Loan Policy (For a One-to-Four Family Residence) (10/13/01) - as revised by DTIRB

**6.   APPROVED ENDORSEMENT FORMS**

- Balloon (FNMA) Endorsement  DTIRB-01 (02/01/2004)
- Condominium Endorsement  (ALTA Endorsement 4.1)  DTIRB-02 (02/01/2004)
- Creditors Rights Exclusion Endorsement – Loan Policy  DTIRB-03 (02/01/2004)
- Creditors Rights Exclusion Endorsement – Owner's Policy  DTIRB-04 (02/01/2004)
- Environmental Protection Lien Endorsement – Loan Policy  (ALTA Endorsement 8.1) DTIRB-05 (02/01/2004)
- Environmental Protection Lien Endorsement – Non Residential – Loan Policy DTIRB-06 (02/01/2004)
- Fairway Endorsement – Partnership - Owner's Policy DTIRB-07 (02/01/2004)
- Fairway Endorsement – Limited Liability Company – Owner's Policy DTIRB-08 (02/01/2004)
- First Loss Endorsement – Loan Policy DTIRB-09 (02/01/2004)
- General Endorsement – Owner's and/or Loan Policy DTIRB-10 (02/01/2004)
- Inter Vivos Trust Endorsement – Owner's Policy DTIRB-11 (02/01/2004)
- Last Dollar Endorsement – Loan Policy DTIRB-12 (02/01/2004)
- Leasehold Owner's Endorsement  (ALTA Endorsement 13) DTIRB-13 (02/01/2004)

02/01/04

- Leasehold Loan Endorsement (ALTA Endorsement 13.1) DTIRB-14 (02/01/2004)
- Manufactured Housing Unit Endorsement – Owner's and/or Loan Policy (ALTA Endorsement 7) DTIRB-15 (02/01/2004)
- Non-Imputation Endorsement – Owner's and/or Loan Policy  DTIRB-16 (02/01/2004)
- Planned Unit Development Endorsement – Owner's and/or Loan Policy – (ALTA Endorsement 5.1) DTIRB-17 (02/01/2004)
- Restrictions, Encroachments & Minerals Endorsement – Loan Policy – (ALTA Endorsement 9) DTIRB-18 (02/01/2004)
- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Unimproved Land (ALTA Endorsement 9.1) DTIRB-19 (02/01/2004)
- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Improved Land (ALTA Endorsement 9.2) DTIRB-20 (02/01/2004)
- Revolving Line of Credit / Future Advance Endorsement –Loan Policy DTIRB-21 (02/01/2004)
- Tie-In Endorsement (Intrastate Only) – Loan Policy  (ALTA Endorsement 12) DTIRB-22 (02/01/2004)
- Variable Rate Interest Endorsement – Loan Policy  (ALTA Endorsement 6) DTIRB-23 (02/01/2004)
- Variable Rate – Negative Amortization Endorsement – Loan Policy – (ALTA Endorsement 6.2) DTIRB-24 (02/01/2004)
- Waiver of Arbitration Endorsement – Loan Policy  DTIRB-25 (02/01/2004)
- Zoning Endorsement – Unimproved Land – Owner's or Loan Policy – (ALTA Endorsement 3)  DTIRB-26 (02/01/2004)
- Zoning Endorsement – Improved Land – Owner's or Loan Policy – (ALTA Endorsement 3.1) DTIRB-27 (02/01/2004)

## 1.    DEFINITIONS

1.1    "Insured" is the party to whom coverage is extended by the terms of the policy.

1.2    "Insurer" is a title insurance company which is a member of or subscriber to DTIRB. Unless otherwise indicated, "Insurer" includes all who are expressly authorized to act on behalf of the Insurer, including its employees and Agents.

1.3    "Agent" is a person, firm, association, corporation, partnership, cooperative or joint stock company expressly authorized by written contract with an Insurer to solicit risks, collect fees, and may prepare Commitments and/or title insurance policies on its behalf and who is licensed by the Insurance Department of the State of Delaware ("Department").

1.4    "Commitment", as used herein, is the agreement of an Insurer to issue its policy or policies of title insurance to a proposed Insured, as owner or mortgagee of an estate or interest in the land described therein, all subject to the provisions set forth in the Schedules and Conditions and Stipulations of said Commitment.

1.5    "Rate(s)" for title insurance, as used herein, are for title insurance premiums related to coverage in policies and endorsements, and do not include charges for searches, abstracts, attorney's' fees, escrow or closing services or other services charged by attorneys, abstractors, etc.  All premiums are filed and approved by the Department.

1

02/01/04

## 2.   GENERAL RULES

2.1   All Rates for title insurance coverage provided by the approved policies and endorsements must be made as set forth in this Manual.  The Rates herein quoted are for title insurance premium only and do not include charges for searches, abstracts, Commitments, attorney's fees, or settlement/closing fees.  Nothing contained herein shall preclude either Insurer or Agent from imposing charges ancillary to the issuance of a title insurance policy.

2.2   Insurer, upon notification to its applicant, may decline to search, examine, issue its Commitment or insure any title, or to issue any endorsement to a policy.  Insurer may, at any time, in its sole discretion, refuse an application or cancel any unclosed application of the applicant, without liability on the part of Insurer.

2.3   Nothing herein shall prohibit Insurer from charging additional Rates for affirmative risk coverage(s) not contained in this Manual.   Agents are responsible for the filing of information about such Rates with the Insurer within 90 days after the policy becomes effective.  The Insurer will provide information to DTIRB concerning such Rates for reporting to the Department.

2.4   Insurer may withhold delivery of the policy of title insurance and have no liability until all applicable Rates, set forth in this Manual, have been paid in full and all conditions of the Insurer's Commitment satisfied.

2.5   All Rates made pursuant to this Manual must be paid at the time of closing, unless otherwise agreed to by Insurer or as otherwise set forth in this Manual.

2.6   No policy, endorsement or other coverage may be issued which varies the terms, conditions, stipulations or exclusions of a policy unless first approved by the Department. Affirmative coverages will be given only by endorsement to the policy. Approved policies and endorsements are for use by members of and subscribers to DTIRB as set forth in Sections 4 and 5 of this Manual.

2.7   To compute any insurance premium on a fractional $1,000.00 of insurance, consider any fraction of $1,000.00 as a full $1,000.00.

2

## 3. POLICIES AND RATES

### 3.1 OWNER'S TITLE INSURANCE

A.  An owner's policy issued at the time of the purchase of the property shall be based on the full consideration, which shall include the aggregate unpaid principal sum of any mortgage(s) or other liens, claims, taxes and any other municipal charge not being paid, and any amount in excess of the full consideration the purchaser may request.

B.  Where an owner desires that an owner's policy be issued after acquisition of title, the Rate shall be based upon any amount the owner may request but not less than the present fair market value of the property as of the time the owner's policy is issued.

C.  When the lender insured under a loan policy acquires title to the land by foreclosure or by voluntary conveyance in extinguishment of the debt and requests owner's title insurance, such lender may be issued an owner's policy and the applicable Rate shall be based upon the fair market value of the property at the time the owner's policy is issued.

### 3.2 ORIGINAL TITLE INSURANCE RATES FOR OWNER'S POLICIES

The Rate for Original Owner's Policy coverage shall be:

| Minimum Rate | $100.00 |
|---|---|
|  | Per Thousand |
| Up to $100,000 of liability written | $3.50 |
| Over $100,000 and up to $1,000,000 add | $3.00 |
| Over $1,000,000 and up to $5,000,000 add | $2.50 |
| Over $5,000,000 and up to $10,000,000 add | $1.75 |
| Over $10,000,000 and up to $15,000,000 add | $1.50 |
| Over $15,000,000 add | $1.25 |

02/01/04

3.3    REISSUE TITLE INSURANCE RATES FOR OWNER'S POLICIES

The Rate for Reissue Owner's Policy coverage shall apply up to the liability amount of the previously issued title insurance policy, provided it can be demonstrated to the satisfaction of Insurer that the property to be insured was previously insured by any company within five (5) years prior to the application for the new policy. The Rate for Original Owner's Policy coverage would apply to that portion of the liability which exceeds the liability amount of the previously issued policy.

The Rate for Reissue Owner's Policy coverage shall be:

| Minimum Rate | $100.00 |
|---|---|
| | Per Thousand |
| Up to $100,000 of liability written | $2.10 |
| Over $100,000 and up to $1,000,000 add | $1.80 |
| Over $1,000,000 and up to $5,000,000 add | $1.50 |
| Over $5,000,000 and up to $10,000,000 add | $1.05 |
| Over $10,000,000 and up to $15,000,000 add | $0.90 |
| Over $15,000,000 add | $0.75 |

3.4    LEASEHOLD TITLE INSURANCE

When title insurance is issued for a leasehold estate by the issuance of an owner's policy and/or loan policy with ALTA Endorsement 13 and/or ALTA Endorsement 13.1 attached, the amount of insurance shall be equal to:

(a)    the aggregate of the total rentals payable under the lease; or

(b)    a reasonable statement of estimated rents on percentage leases as established to the satisfaction of the Insurer; or

(c)    the appraised value at the time of insuring the premises as established to the satisfaction of the Insurer; or

(d)    the land and total projected costs of such proposed improvements in the case of proposed construction; or

(e)    the purchase price of the estate when insuring an assignment of a leasehold estate, including all obligations assumed.

02/01/04

The Rate for the issuance of an owner's policy with the ALTA 13 Leasehold Owner's Endorsement attached and/or the issuance of a loan policy with the ALTA 13.1 Leasehold Loan Endorsement attached shall be the same Rate for the issuance of a policy insuring a fee simple estate under this Manual.

3.5   MORTGAGE TITLE INSURANCE

A.   A loan policy cannot be issued in an amount less than the full principal debt secured by real property unless it is issued in an amount equal to the fair market value of the real property securing the debt. A policy may be issued in an amount in excess of the debt where agreed to by the Insurer and the Insured.

B.   A loan policy insuring a mortgage on a loan which provides for negative amortization may not be issued in an amount less than the maximum principal amount (including interest which may be added to principal) which may be secured by such mortgage.

C.   When a loan policy insures a mortgage of real property, personal property and personal property affixed to the realty, the Rate shall be based on the amount of the mortgage loan attributable to real property and personal property affixed to the realty as certified by the mortgagee.

3.6   ORIGINAL TITLE INSURANCE RATES FOR LOAN POLICIES

The Rate for Original Loan Policy coverage shall be:

| Minimum Rate | $100.00 |
|---|---|
|  | Per Thousand |
| Up to $100,000 of liability written | $2.50 |
| Over $100,000 and up to $1,000,000 add | $2.00 |
| Over $1,000,000 and up to $5,000,000 add | $1.75 |
| Over $5,000,000 and up to $10,000,000 add | $1.50 |
| Over $10,000,000 and up to $15,000,000 add | $1.25 |
| Over $15,000,000 add | $1.00 |

02/01/04

3.7    REISSUE TITLE INSURANCE RATES FOR LOAN POLICIES

The Rate for Reissue Loan Policy coverage shall apply up to the liability amount of the previously issued title insurance policy, provided it can be demonstrated to the satisfaction of Insurer that the property to be insured was previously insured by any company within five (5) years prior to the application for the new loan policy. The Rate for Original Loan Policy coverage would apply to that portion of the liability which exceeds the liability amount of the previously issued policy.

The Rate for Reissue Loan Policy coverage shall be:

| Minimum Rate | $100.00 |
|---|---|
|  | Per Thousand |
| Up to $100,000 of liability written | $1.50 |
| Over $100,000 and up to $1,000,000 add | $1.20 |
| Over $1,000,000 and up to $5,000,000 add | $1.05 |
| Over $5,000,000 and up to $10,000,000 add | $0.90 |
| Over $10,000,000 and up to $15,000,000 add | $0.75 |
| Over $15,000,000 add | $0.60 |

3.8    ALTA SHORT FORM RESIDENTIAL LOAN POLICY

This policy insures the lender making a mortgage loan on a one-to-four family residence or condominium unit. This policy is an abbreviated short form version of the current ALTA Loan Policy, incorporating all of the terms and provisions of the ALTA Loan Policy, which is designed to be delivered to the lender at closing, and therefore rated in the same manner as loan policies issued under Sections 3.6 and 3.7 of this Manual. This policy contains blanket exceptions to taxes, covenants and restrictions, easements, reservations of minerals or mineral rights, and offers certain affirmative assurances with respect to these exceptions desired by lenders, including certain affirmative assurances with respect to survey matters. This policy also includes an Addendum, which can be used to set forth additional exceptions or to limit the affirmative assurances. This policy is designed so that certain ALTA endorsement forms may be specified, and thus incorporated, by checking appropriate boxes, and charging the appropriate endorsement Rate(s) in accordance with this Manual.

02/01/04

3.9    ENHANCED COVERAGE RESIDENTIAL POLICIES

    A.    The ALTA Homeowner's Policy of Title Insurance (For a One-to-Four Family Residence) (hereinafter the "Homeowner's Policy") provides coverage beyond that included in the ALTA Owner's Policy (10/17/92) and is often referred to as the "Enhanced Coverage Homeowner's Policy". The Homeowner's Policy may only be issued to a homeowner who will reside on a premises improved by a one-to-four family residence. The Rate for the Homeowner's Policy is the applicable Rate for the stated amount of insurance in Schedule A, together with an additional 20% Rate, which is to be calculated by applying that percentage to the applicable Rate.

    B.    The ALTA Expanded Coverage Residential Loan Policy (For a One-to- Four Family Residence) (hereinafter the "Expanded Coverage Loan Policy") is the companion loan policy to the Homeowner's Policy. The Expanded Coverage Loan Policy incorporates the following endorsement coverages within its body by reference without the need to issue endorsements: ALTA Form 4.1, ALTA Form 5.1, ALTA Form 6, ALTA Form 6.2, ALTA Form 8.1, and ALTA Form 9. The Rate for the Expanded Coverage Loan Policy is the applicable Rate for the stated amount of insurance in Schedule A, together with an additional 20% Rate, which is to be calculated by applying that percentage to the applicable Rate. When this policy form is used, there can be no separate Rate for the endorsements described above.

3.10    ASSIGNMENT OF MORTGAGE

    A.    When the mortgage being assigned was not previously insured, the Rate for a policy shall be based on the amount of the unpaid principal balance. There is no additional Rate when the mortgage or the assignment of mortgage is part of a single transaction being insured.

    B.    When an assignee desires an endorsement to an existing policy changing the name of the Insured only and neither requires a change in the effective date of the policy nor requires that the assignment be included as an insured instrument, the Rate shall be $25.00.

    C.    When an Assignment is made of a mortgage which was previously insured by a title policy of the same Insurer, either a new policy or an endorsement to the existing policy shall be issued providing coverage through the recording date of the Assignment at the following Rate:

| Minimum Rate | $100.00 |
|---|---|
| | Per Thousand |
| Up to $100,000 of liability | $1.00 |
| Over $100,000 and up to $1, 000,000 add | $0.50 |
| Over $1,000,000 and up to $5,000,000 add | $0.40 |
| Over $5,000,000 and up to $10,000,000 add | $0.25 |
| Over $10,000,000 and up to $15,000,000 add | $0.15 |
| Over $15,000,000 add | $0.10 |

3.11    EXTENSION OR MODIFICATION OF AN INSURED MORTGAGE

When a mortgage which was previously insured by the same Insurer is to be amended by an extension or modification agreement, either an endorsement to the existing policy or a new policy may be issued which covers the recording date of the extension or modification agreement.

The Rate for a new policy or endorsement to an existing policy issued in conjunction with an extension or modification agreement shall be calculated on the unpaid principal loan balance existing immediately prior to the extension or modification agreement in accordance with the following applicable Rate:

| Minimum Rate | $100.00 |
|---|---|
| AGE OF EXISTING LOAN | RATE |
| Up to 5 years | 50% of the Rate for Reissue Loan Policy Coverage |

For any increase in the unpaid principal balance of the loan in connection with the extension or modification agreement, the Rate shall be calculated at the Rate for Original Loan Policy coverage.

3.12    SIMULTANEOUS ISSUE

A.  Owner's and Loan Policy

When an owner's and a loan policy are issued simultaneously and insuring the identical real property, the Rate for the loan policy will be $25.00 for the amount of insurance not in excess of the liability amount on the owner's policy.  The Rate applied for loan policy liability amounts in excess of the owner's policy shall be the Rate for Original Loan Policy coverage.

02/01/04

B.  Owner's Policies – Fee Simple, Contract Purchaser and/or Leasehold Estates

When owner's policies insuring fee simple, contract purchaser and/or leasehold estates covering identical land are to be issued simultaneously, the Rate for the owner's policy insuring the contract purchaser or leasehold estate will be thirty percent (30%) of the applicable Rate for the owner's policy insuring the fee simple estate, plus a $25.00 simultaneous issue Rate.  For contract purchaser or leasehold amounts in excess of the owner's policy amount insuring the fee simple estate, the Rate applied shall be the Rate for Original Owner's Policy coverage.

C.  Multiple Loan Policies

When separate loan policies are issued simultaneously insuring two or more mortgages on the same property, the applicable Rate shall be based on the aggregate liability of the loan policies, plus a $25.00 simultaneous issue Rate for each policy after the first.

D.  Enhanced Coverage Residential Policies

When the ALTA Homeowner's Policy and the Expanded Coverage Loan Policy are simultaneously issued on the same property, they shall be treated as a single policy and the Rate shall be based on the policy with the highest limits, together with an additional 20% Rate to be calculated by applying that percentage to the applicable Rate, and a $25.00 simultaneous issue Rate.

E.  1992 ALTA Owner's Policy and ALTA Expanded Coverage Loan Policy

When the 1992 ALTA Owner's Policy is issued simultaneously with the Expanded Coverage Loan Policy, the additional 20% Rate shall be based on the loan policy liability amount, and a $25.00 simultaneous issue Rate.

F.  ALTA Homeowner's Policy and 1992 ALTA Loan Policy

When the ALTA Homeowner's Policy is issued simultaneously with a 1992 ALTA Loan Policy, the additional 20% Rate shall be based on the owner's policy liability amount, plus a $25.00 simultaneous issue Rate.


3.13    ACQUISITION BY STATE OF DELAWARE OR ANY OF ITS POLITICAL SUBDIVISIONS

When the State of Delaware or any of its departments, agencies or political subdivisions undertakes any project involving the acquisition of real estate, the Rate to be applied for title insurance may be the subject of competitive bidding or a negotiated agreement without regard to the Rates established by this Manual.  In no case shall such Rate exceed the Rates established by this Manual.

02/01/04

3.14   UNITED STATES GOVERNMENT ACQUISITIONS

When the United States Government undertakes any project involving the acquisition of real estate by one of its departments or agencies, including the Postal Service, the Rate to be applied for title insurance may be the subject of competitive bidding or a negotiated agreement without regard to the Rates established by this Manual.  In no case shall such Rate exceed the Rates established by this Manual.

3.15   CHARITABLE OR EDUCATIONAL ACQUISITIONS OR FINANCING

When a charitable or educational entity, which is entitled to the benefits of Section 501(c) or (d) of the Internal Revenue Code of 1954, as amended, undertakes any project involving the acquisition of real estate, the Rate to be applied for title insurance may be the subject of competitive bidding or a negotiated agreement without regard to the Rates established by this Manual.  In no case shall such Rate exceed the Rates established by this Manual.

02/01/04

4.   **ENDORSEMENTS AND RATES**

The Rate for an endorsement set forth in this Manual shall be charged each time an endorsement is attached to a policy regardless of the number of policies issued in a particular transaction; provided, however, the Rate for endorsements priced as a percentage shall only be made once in transactions where multiple loan policies are issued in accordance with Manual Section 3.12 C.

- BALLOON (FNMA) ENDORSEMENT
  DTIRB-01(02/01/2004)

  <u>Loan Policy Only</u>

  This endorsement insures a lender against the invalidity or unenforceability or loss of priority of the insured mortgage resulting from provisions which provide for a conditional right to refinance and a change in the rate of interest as set forth in the mortgage. The Rate for this endorsement is $50.00.

- CONDOMINIUM ENDORSEMENT(ALTA ENDORSEMENT 4.1)
  DTIRB-02 (02/01/2004)

  <u>Owner's and/or Loan Policy</u>

  This endorsement affords multiple forms of coverage with respect to the Condominium Regime and Documentation, when affixed to a policy in which the insured land is a condominium unit together with its percentage interest in the common elements. The Rate for this endorsement is $50.00.

- CREDITORS RIGHTS EXCLUSION ENDORSEMENT
  DTIRB-03(02/01/2004)

  <u>Loan Policy Only</u>

  This endorsement is designed to eliminate the creditors rights exclusion contained in the 1992 ALTA Loan Policy. The Rate for this endorsement is $50.00.

- CREDITORS RIGHTS EXCLUSION ENDORSEMENT
  DTIRB-04 (02/01/2004)

  <u>Owner's Policy Only</u>

  This endorsement is designed to eliminate the creditors rights exclusion contained in the 1992 ALTA Owner's Policy. The Rate for this endorsement is $50.00.

02/01/04

- ENVIRONMENTAL PROTECTION LIEN
  ENDORSEMENT(ALTA ENDORSEMENT 8.1)
  DTIRB-05 (02/01/2004)

  Loan Policy Only (Primarily Residential Property)

  This endorsement provides coverage to a lender by insuring the lien priority of the insured mortgage over those environmental protection liens recorded in the land records except with respect to environmental protection liens provided for by certain statutes identified in the endorsement.  The Rate for this endorsement is $50.00.

- ENVIRONMENTAL PROTECTION LIEN ENDORSEMENT - NON-RESIDENTIAL
  DTIRB-06 (02/01/2004)

  Loan Policy Only

  This endorsement is the same as the ALTA Endorsement 8.1, except it has been modified so it can be issued with policies insuring all types of property including commercial, industrial and unimproved land.  The Rate for this endorsement shall be $50.00 on each loan policy issued.

- FAIRWAY ENDORSEMENT - PARTNERSHIP
  DTIRB-07 (02/01/2004)

  Owner's Policy Only

  This endorsement insures that the Insurer will not deny liability under the policy by reason of partners changing in a partnership. The Rate for this endorsement is $500.00.

- FAIRWAY ENDORSEMENT – LIMITED LIABILITY COMPANY
  DTIRB-08 (02/01/2004)

  Owner's Policy Only

  This endorsement insures that the Insurer will not deny liability under the policy by reason of members changing in a limited liability company.  The Rate for this endorsement is $500.00.

- FIRST LOSS ENDORSEMENT
  DTIRB-09 (02/01/2004)

  Loan Policy Only

  This endorsement provides, under certain conditions, that the amount which the insurer shall be liable to pay under the policy shall be determined without requiring maturity of the indebtedness by acceleration or otherwise.  The Rate for this endorsement is 10% of the applicable original or reissue Rate with a minimum Rate of $75.00.

02/01/04

- **GENERAL ENDORSEMENT**
  **DTIRB-10 (02/01/2004)**
  <u>Owner's Policy and/or Loan Policy</u>

  This endorsement is to be used only for purposes of correcting and/or amending previously issued policies or for granting affirmative coverage not otherwise covered by the other endorsements set forth in this Manual.

  This endorsement may not be used to provide the following coverages: Truth-in-Lending; Doing Business; Usury; Tie-In Interstate; or Subdivision.

- **INTER VIVOS TRUST ENDORSEMENT**
  **DTIRB-11 (02/01/2004)**
  <u>Owner's Policy Only</u>

  This endorsement expands the definition of "Insured" in the Policy to include trustees under an inter vivos trust subject to certain conditions identified in the endorsement. The Rate for this endorsement is $125.00.

- **LAST DOLLAR ENDORSEMENT**
  **DTIRB-12 (02/01/2004)**
  <u>Loan Policy Only</u>

  This endorsement provides that if the insured lender applies all payments by the mortgagors to the release of security other than the land insured under the policy (as shown on Schedule A), until such time as the aggregate principal indebtedness is reduced to the amount of the policy, coverage under the policy will not be reduced by such payment. The Rate for this endorsement shall be 10% of the applicable original or reissue Rate with a minimum Rate of $75.00.

- **LEASEHOLD OWNER'S ENDORSEMENT (ALTA ENDORSEMENT 13)**
  **DTIRB-13 (02/01/2004)**
  <u>Owner's Policy Only</u>

  This endorsement may only be issued at the time of the issuance of the ALTA Owner's Policy (10/17/92). The endorsement sets forth how the leasehold estate is valued for purposes of a loss under the policy and the items covered by the issuance of the endorsement. The Rate for the issuance of the endorsement, together with the ALTA Owner's Policy (10/17/92), is set forth in Section 3.4 of this Manual.

- **LEASEHOLD LOAN ENDORSEMENT (ALTA ENDORSEMENT 13.1)**
  **DTIRB-14 (02/01/2004)**

  <u>Loan Policy Only</u>

  This endorsement may only be issued at the time of the issuance of the ALTA Loan Policy (10/17/92). The endorsement sets forth how the leasehold estate is valued for purposes of a loss under the policy and the items covered by the issuance of the endorsement. The Rate for the issuance of the endorsement, together with the ALTA Loan Policy (10/17/92), is set forth in Section 3.4 of this Manual.

- **MANUFACTURED HOUSING UNIT (ALTA ENDORSEMENT 7)**
  **DTIRB-15 (02/01/2004)**

  <u>Owner's Policy and/or Loan Policy</u>

  This endorsement amends the definition of "land" in the policy to include a manufactured housing unit located on the land on the date of the policy. The Rate for this endorsement is $50.00.

- **NON-IMPUTATION ENDORSEMENT**
  **DTIRB-16 (02/01/2004)**

  <u>Owner's and/or Loan Policy</u>

  This endorsement insures that the Insurer will not deny liability to certain incoming parties as a result of the Insured having knowledge imputed to it in partnership, corporate or limited liability company transactions. The Rate for this endorsement is 20% of the applicable original or reissue Rate, with a minimum Rate of $135.00.

- **PLANNED UNIT DEVELOPMENT ENDORSEMENT (ALTA ENDORSEMENT 5.1)**
  **DTIRB-17 (02/01/2004)**

  <u>Owner's and/or Loan Policy</u>

  This endorsement affords multiple forms of coverage with respect to the Planned Unit Development Regime and Documentation, when affixed to a policy in which the insured land is a Planned Unit Development. The Rate for this endorsement is $50.00.

02/01/04

- RESTRICTIONS, ENCROACHMENTS & MINERALS ENDORSEMENT
(ALTA ENDORSEMENT 9)
DTIRB-18 (02/01/2004)
Loan Policy Only

This endorsement offers the lender a variety of additional affirmative coverages, including, but not limited to, insurance that there are no covenants, conditions or restrictions under which the lien of the mortgage can be divested, subordinated or extinguished, or its validity, priority or enforceability impaired; insurance against present violations of covenants, conditions or restrictions; and insurance against encroachments and against damage to existing improvements which encroach upon easement areas or damage resulting from the right to use the surface of the land for the extraction of minerals.  The Rate for this endorsement is $50 when issued on a one-to-four family dwelling; when issued in connection with other property the Rate is 10% of the applicable original or reissue Rate with a minimum Rate of $75.00.

- RESTRICTIONS, ENCROACHMENTS & MINERALS ENDORSEMENT
(ALTA ENDORSEMENT 9.1)
DTIRB-19 (02/01/2004)
Owner's Policy Only – Unimproved Land

This endorsement offers the Insured a variety of additional affirmative coverages, including, but not limited to, insurance that there are no present violations on the land of covenants, conditions, restrictions or statutory setback requirements; insurance that there are no encroachments onto the land from adjoining land; insurance that there are no notices of environmental violation recorded; and insurance against damage to buildings constructed on the land after the date of the policy from the exercise of the right to extract or develop minerals.  The Rate for the endorsement is 10% of the applicable original or reissue Rate, with a minimum Rate of $75.00.

- RESTRICTIONS, ENCROACHMENTS & MINERALS (ALTA ENDORSEMENT 9.2)
DTIRB-20 (02/01/2004)
Owner's Policy Only – Improved Land

This endorsement offers the Insured a variety of additional affirmative coverages, including, but not limited to, insurance that there are no present violations on the land of covenants, conditions, restrictions or statutory setback requirements; insurance that there are no encroachments onto the land from adjoining land; insurance that there are no notices of environmental violation recorded; and insurance against damage to existing buildings resulting from the exercise of a right of easement or a right to extract or develop minerals.  The Rate for the endorsement is 10% of the applicable original or reissue Rate, with a minimum Rate of $75.00.

15

02/01/04

- **REVOLVING LINE OF CREDIT / FUTURE ADVANCE ENDORSEMENT**
  **DTIRB-21 (02/01/2004)**

  Loan Policy Only

  This endorsement provides limited insurance that loan advances made subsequent to the date of policy will maintain the same priority of advances that were made as of the date of the policy. The Rate for this endorsement shall be $50.00.

- **TIE-IN ENDORSEMENT (INTRASTATE ONLY) (ALTA Endorsement 12)**
  **DTIRB-22 (02/01/2004)**

  Loan Policy Only

  This endorsement may be issued when the contemplated indebtedness is secured by multiple mortgages which are insured by multiple policies. This endorsement allows the cumulative liabilities of the various policies to be tied together and be available to any one or more properties for any given loss. This endorsement may only be used to tie-in policies of Insurer covering Delaware property. The Rate for this endorsement shall be $50.00.

- **VARIABLE RATE INTEREST ENDORSEMENT (ALTA ENDORSEMENT 6)**
  **DTIRB-23 (02/01/2004)**

  Loan Policy Only

  Where required by a mortgagee, an Insurer may provide coverage under this endorsement to insure the priority of the lien of a mortgage that can by its terms be renegotiated as to its rate of interest. This coverage insures the priority of the lien through any number of renegotiated interest terms. The Rate for this endorsement is $50.00.

- **VARIABLE RATE - NEGATIVE AMORTIZATION ENDORSEMENT**
  **(ALTA ENDORSEMENT 6.2)**
  **DTIRB-24 (02/01/2004)**

  Loan Policy Only

  Where required by a mortgagee, an Insurer may provide coverage under this endorsement to insure the priority of the lien of a mortgage that can by its terms be renegotiated as to its rate of interest. This coverage insures the priority of the lien through any number of renegotiated interest terms, including negative amortization. The Rate for this endorsement is $50.00.

02/01/04

- **WAIVER OF ARBITRATION ENDORSEMENT**
  **DTIRB-25 (02/01/2004)**

  <u>Loan Policy Only</u>

  This endorsement amends the 1992 ALTA Loan Policy by deleting Paragraph 13 of the Conditions and Stipulations Section of the policy, relating to arbitration.  The Rate for this endorsement is $50.00.


- **ZONING ENDORSEMENT (ALTA ENDORSEMENT 3) - UNIMPROVED LAND**
  **DTIRB-26 (02/01/2004)**

  <u>Owner's or Loan Policy</u>

  This endorsement provides limited insurance concerning zoning matters applicable to the land which is unimproved at the date of the policy. The Rate for this endorsement shall be 25% of the applicable Rate with a minimum Rate of $135.


- **ZONING ENDORSEMENT  (ALTA ENDORSEMENT 3.1) - IMPROVED LAND**
  **DTIRB-27 (02/01/2004)**

  <u>Owner's or Loan Policy</u>

  This endorsement provides limited insurance concerning zoning matters applicable to the land which is improved at the date of the policy.  The Rate for this endorsement shall be 25% of the applicable Rate with a minimum Rate of $135.

02/01/04

## 5.   APPROVED POLICY FORMS

- ALTA Owner's Policy (10/17/92)

- ALTA Loan Policy (10/17/92)

- ALTA U.S. Policy (9/28/91)

- ALTA Short Form Residential Loan Policy (10/21/00)

- ALTA Homeowner's Policy of Title Insurance (For a One-to-Four Family Residence) (10/17/98) - as revised by DTIRB

- ALTA Expanded Coverage Residential Loan Policy (For a One-to-Four Family Residence) (10/13/01) - as revised by DTIRB

02/01/04

6.    **APPROVED ENDORSEMENT FORMS**

- Balloon (FNMA) Endorsement
  DTIRB-01 (02/01/2004)

- Condominium Endorsement  (ALTA Endorsement 4.1)
  DTIRB-02 (02/01/2004)

- Creditors Rights Exclusion Endorsement – Loan Policy
  DTIRB-03 (02/01/2004)

- Creditors Rights Exclusion Endorsement – Owner's Policy
  DTIRB-04 (02/01/2004)

- Environmental Protection Lien Endorsement – Loan Policy  (ALTA Endorsement 8.1)
  DTIRB-05 (02/01/2004)

- Environmental Protection Lien Endorsement – Non Residential – Loan Policy
  DTIRB-06 (02/01/2004)

- Fairway Endorsement – Partnership - Owner's Policy
  DTIRB-07 (02/01/2004)

- Fairway Endorsement – Limited Liability Company – Owner's Policy
  DTIRB-08 (02/01/2004)

- First Loss Endorsement – Loan Policy
  DTIRB-09 (02/01/2004)

- General Endorsement – Owner's and/or Loan Policy
  DTIRB-10 (02/01/2004)

- Inter Vivos Trust Endorsement – Owner's Policy
  DTIRB-11 (02/01/2004)

- Last Dollar Endorsement – Loan Policy
  DTIRB-12 (02/01/2004)

- Leasehold Owner's Endorsement  (ALTA Endorsement 13)
  DTIRB-13 (02/01/2004)

02/01/04

- Leasehold Loan Endorsement (ALTA Endorsement 13.1)
  DTIRB-14 (02/01/2004)

- Manufactured Housing Unit Endorsement – Owner's and/or Loan Policy
  (ALTA Endorsement 7)
  DTIRB-15 (02/01/2004)

- Non-Imputation Endorsement – Owner's and/or Loan Policy
  DTIRB-16 (02/01/2004)

- Planned Unit Development Endorsement – Owner's and/or Loan Policy –
  (ALTA Endorsement 5.1)
  DTIRB-17 (02/01/2004)

- Restrictions, Encroachments & Minerals Endorsement – Loan Policy –
  (ALTA Endorsement 9)
  DTIRB-18 (02/01/2004)

- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Unimproved
  Land (ALTA Endorsement 9.1)
  DTIRB-19 (02/01/2004)

- Restrictions, Encroachments & Minerals Endorsement – Owner's Policy – Improved
  Land (ALTA Endorsement 9.2)
  DTIRB-20 (02/01/2004)

- Revolving Line of Credit / Future Advance Endorsement –Loan Policy
  DTIRB-21 (02/01/2004)

- Tie-In Endorsement (Intrastate Only) – Loan Policy  (ALTA Endorsement 12)
  DTIRB-22 (02/01/2004)

- Variable Rate Interest Endorsement – Loan Policy  (ALTA Endorsement 6)
  DTIRB-23 (02/01/2004)

- Variable Rate – Negative Amortization Endorsement – Loan Policy –
  (ALTA Endorsement 6.2)
  DTIRB-24 (02/01/2004)

- Waiver of Arbitration Endorsement – Loan Policy
  DTIRB-25 (02/01/2004)

02/01/04

- Zoning Endorsement – Unimproved Land – Owner's or Loan Policy –
  (ALTA Endorsement 3)
  DTIRB-26 (02/01/2004)

- Zoning Endorsement – Improved Land – Owner's or Loan Policy –
  (ALTA Endorsement 3.1)
  DTIRB-27 (02/01/2004)

21

02/01/04