AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

0 8 - 7 7 5

Civil Action No. _____

# ACKNOWLEDGMENT OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A UNITED STATES MAGISTRATE JUDGE TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF ____/____ COPIES OF AO FORM 85.

____10/15/08____  X _____
(Date forms issued)      (Signature of Party or their Representative)

X
__Mike Sanna__
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action